IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-60289
Summary Calendar

_____


SHEILA BOWLES,

Plaintiff-Appellant,

VERSUS

ALLSTATE INSURANCE COMPANY,

Defendant-Appellee.


_____

Appeal from the United States District Court
for the Southern District of Mississippi
(3:93 CV 825 BN)
_____
October 3, 1995



Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]


In this case charging that she was terminated as a result of race and sex discrimination, the plaintiff appeals a summary judgment holding that she failed to establish a <u>prima facie</u> case. In a comprehensive opinion, the district court carefully explained that the plaintiff was totally unable to work because of illness and thus could not satisfy the requirement, essential

[*] Local Rule 47.5.1 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that rule, the court has determined that this opinion should not be published.

to establish a <u>prima facie</u> case, that she was able to perform the work required of her.  As the district court stated, this is amply demonstrated by the record.  Accordingly, and essentially for the reasons set forth by the district court, the summary judgment is AFFIRMED.